IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD BAYLOR,

        Plaintiff,                    No. 2:12-cv-01056 KJN

    v.

MICHAEL ASTRUE, Commissioner of
Social Security,

        Defendant.              ORDER
_____/

        On April 20, 2012, plaintiff filed, through his attorney, a complaint and an application to proceed informa pauperis pursuant to 28 U.S.C. § 1915 (Dkt. Nos. 2-3).[1] However, the application to proceed in forma pauperis neither relates to, nor is signed by, plaintiff Leonard Baylor. Instead, the application to proceed in forma pauperis relates to an individual named "Theodore Kuharski." Accordingly, plaintiff's application to proceed in forma pauperis is denied without prejudice.

        For the foregoing reasons, IT IS HEREBY ORDERED that:

        1.     Plaintiff's application to proceed in forma pauperis (Dkt. No. 3) is denied without prejudice.

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(15) and 28 U.S.C. § 636(c).

1

2. Within 30 days of the date of this order, plaintiff shall pay the applicable filing fee or file an amended application to proceed in forma pauperis. Plaintiff's failure to pay the filing fee or file an amended application will result in a recommendation that plaintiff's complaint be dismissed pursuant to Federal Rule of Civil Procedure 41(b), and shall also constitute plaintiff's consent to such involuntary dismissal.

IT IS SO ORDERED.

DATED: April 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE